Victor Cesar Bota, Plaintiff-Appellant, 
against
David Mullikin, Mullikin's Corvette Specialist, Defendants-Respondents.




Plaintiff, as limited by his briefs, appeals from that portion of a judgment of the Civil Court of the City of New York, New York County (Carol R. Sharpe, J.), entered February 8, 2019, after trial, which limited his recovery of damages to the principal sum of $5,120.




Per Curiam.
Judgment (Carol R. Sharpe, J.), entered February 8, 2019, affirmed, without costs.
The amount of the damage award issued in plaintiff's favor was supported by the trial evidence and was neither inadequate nor unreasonable. Plaintiff's damages were properly limited, since he failed to establish the market value of his 1980 model year vehicle immediately before it was given to defendants-mechanics (see Schwartz v Crozier, 169 AD2d 1003 [1991]). The limited evidence presented by plaintiff regarding similar makes and models was properly rejected, given plaintiff's substantial modifications of the vehicle, including the removal of the roof, which significantly reduced its value.
We note that defendant offered to return the vehicle, but plaintiff refused the offer. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: February 21, 2020